UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LEOBARDO GARCIA CORRALES,

Defendant.

23-cr-00136-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The status conference previously scheduled for December 16, 2025 is rescheduled to

**December 11, 2025 at 11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 29, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge